IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA,
          Plaintiff,

v.
                                        No. 07-50010-001

MICHAEL FORTINO,
          Defendant.

## PRELIMINARY ORDER OF FORFEITURE

In the forfeiture allegation of the Information, the United States seeks forfeiture of specific property of the defendant pursuant to 18 U.S.C. § 2253 as property which was used or intended to be used to commit the offenses alleged in Count One of the Information.

On February 26, 2007, the defendant, Michael Fortino , pled guilty to Count One of the Information and further agreed to the forfeiture of the personal property listed in the forfeiture allegation. By virtue of said guilty plea the United States is entitled to possession of said properties pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

Accordingly, it is hereby ORDERED, DECREED and ADJUDGED:

1. That based upon the guilty plea of the defendant to Count One, the United States is hereby authorized to seize the personal property described as:

      (a)    Toshiba Satellite - Lapton Computer,
               Serial Number 15237171K; and

      (b)    Video Camera - Sony DCR HC20 - Digital Video Camera,
               Serial Number 442272

2. The United States shall publish notice of this order pursuant to 18 U.S.C. § 982 (b)(1) and 21 U.S.C. § 853 (n)(1) .

3.  That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Federal Rules of Criminal Procedure, Rule 32.2(c); 18 U.S.C. § 982 (b)(1); and 21 U.S.C. § 853(n) in which all interests will be addressed.

IT IS SO ORDERED this 26th day of February, 2007.

HONORABLE JIMM LARRY HENDREN
CHIEF U.S. DISTRICT JUDGE

APPROVED:

Kyra E. Jenner, Assistant United States
Attorney for Plaintiff, United of America

Thomas R. Ceraso, Attorney for Defendant,
Michael Fortino

U.S. DISTRICT COURT
WESTERN DIST. ARKANSAS
FILED

FEB 2 6 2007

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK