IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA

v.                                              Criminal No. 5:07CR50010-001

MICHAEL FORTINO

## FINAL ORDER OF FORFEITURE

On February 26, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253; and Federal Rules of Criminal Procedure, Rule 32.2(b), based upon the defendant's guilty plea to Count One of the Information.

On March 22, 29, and April 5, 2007, the United States published in the Arkansas Democrat Gazette, a newspaper of general circulation in the county in which the defendant property was found, notice of this forfeiture and the intent of the United States to dispose of the property in accordance with the law. The notice further notified all third parties of their rights to petition the Court within thirty (30) days of the publication for a hearing to adjudicate the validity of their alleged legal interest in the properties subject to forfeiture.

More than thirty (30) days have passed since the final publications and no third party petitions have been filed.

Accordingly, it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea, the factual basis presented to the Court, the agreement of the parties, and the reasons stated at bar, the Court finds that the personal property described as:

(a) Toshiba Satellite - Laptop Computer, Serial Number 15237171K; and

(b) Video Camera - Sony DCR HC20 - Digital Video Camera, Serial Number 442272

are hereby forfeited to the United States of America, and shall be disposed of according to law.

2. That pursuant to 28 U.S.C. § 2465, reasonable cause existed for the seizure of the defendant property.

IT IS SO ORDERED this 2nd day of October, 2007.

HONORABLE JIMM L. HENDREN
CHIEF U.S. DISTRICT JUDGE

APPROVED:

Kyra E. Jenner, Assistant United States
Attorney for Plaintiff, United of America

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

OCT 0 2 2007

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

Thomas R. Ceraso, Attorney for Defendant,
Michael Fortino